Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

*Northern* District of *Indiana*

*Hammond* Division

|  |  |  |
|---|---|---|
| | ) | Case No. ___2:26-cv-120___ |
| Joshua VanKirk, Jerral Hargrave | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| **-v-** | ) | -FILED- |
| | ) | MAR 17 2026 |
| | ) | |
| Lake County Sheriffs Office | ) | At ___Chanda J. Berta, Clerk___ |
| *Defendant(s)* | ) | U.S. DISTRICT COURT |
| *(Write the full name of each defendant who is being sued. If the* | ) | NORTHERN DISTRICT OF INDIANA |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names. Do not include addresses here.)* | ) | |

"CLASS ACTION"

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Joshua Vankirk, Jerad Hargrave, → Additional pages |
| All other names by which you have been known: | |
| ID Number | 25N055537 AND 23N098477 |
| Current Institution | Lake County Jail |
| Address | 2293 n / Main St |
| | Crown Point    IN    46307 |
| | City       State       Zip Code |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Lake County Sheriffs Office |
| Job or Title *(if known)* | N/A    N/A |
| Shield Number | N/A    N/A |
| Employer | Lake County Sheriffs office |
| Address | 2293 n. Main St. |
| | Crown Point    IN    46307 |
| | City       State       Zip Code |

☒ Individual capacity   ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Oscar Martinez Jr. |
| Job or Title *(if known)* | Sheriff |
| Shield Number | N/A    N/A |
| Employer | Lake County Sheriffs Office |
| Address | 2293 n. Main St |
| | Crown Point    IN    46307 |
| | City       State       Zip Code |

☒ Individual capacity   ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name _Warden Manhaga_

Job or Title *(if known)* _Warden_

Shield Number _n/A_        _n/A_

Employer _Lake County Sheriff's Office_

Address _2293 N. Main St._

_Crown Point_        _IN_        _46307_

City            State            Zip Code

☒ Individual capacity        ☒ Official capacity

Defendant No. 4

Name _Christopher Anderson_

Job or Title *(if known)* _Sargent_

Shield Number _n/A_        _n/A_

Employer _Lake County Sheriffs Office_

Address _2293 n. Main St._

_Crown Point_        _IN_        _46307_

City            State            Zip Code

☒ Individual capacity        ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

① _No exercise or room to exercise In 3SC + Rooms 1-10_

② _Feces and Mold In 3SC + Room 1-10_

③ _Illigally Reinsplaced IN PC And or Segregation And never Recieving a write up And or Hearing._

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_All Defendants Have Complete Knowledge_
_and Have Turned there back on each platntiff In this_
_Class Action Suit and continue to violate →over_

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☒   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☒   Other *(explain)*   _In the class Action Suite Here's Sentenved +_
_Pretrial Detainees._

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

_Lake County Indiana Jail, 2025 + 2026 and_

_on going as of 3/10/2026_

Class Action Lawsuit

Plaintiffs total- 9   And Defendants Total- 5

| Plaintiffs name | Address |
|---|---|
| ① Joshua Van Kirk  #25NO55537 | 2293 N. Main St Crown Point In 46307 |
| ② Jerod HARGRAVE  #23NO98477 | 2293 N. Main ST Crown Point In 46307 |
| ③ Lamont Wilkerson  #012C37078 | 2293 N. Main ST Crown Point In 46307 |
| ④ Edward TRZA3A  #920069765 | 2293 N. MAIN ST Crown Point In 46307 |
| ~~#25~~ ~~Hoosisk~~ | ~~2293 N. MAIN ST~~ ~~Crown Point In 46307~~ |
| ⑥ Terrell Hampton  #25NO29769 | 2293 N. Main ST Crown Point In 46307 |
| ⑦ Matthew Midkiff  #03CN13654 | 2293 N. MAIN ST Crown Point In 46307 |
| ⑧ DARION Caldwell  #25NO08801 | 2293 N. Main ST Crown Point In 46307 |
| ⑨ Shamarion Haywood | 2293 N. Main ST Crown Point In 46307 |

| Defendants- | Sargent of Classification ~~①~~ ~~To~~ Sargent Garrett | 2293 N. Main St Crown Point In 46307 |
|---|---|---|
| | | |
| | | |
| | | |

II. Basic for Jurisdiction P. All Claim Page 1 of 1 the rights, First of all the Lake County Sheriff's Office and Warden Menchaca and The Sheriff Oscar Martinez Jr. and Sargent Christopher Anderson was All on Multiple Request and Dozens upon Dozens Grievances and Inner-Buildings Mail, The Jail under there customs Have violated each and every plaintiff's rights because Its "Just the Way It Is" As Sargent Christopher Anderson Has put it to Anyone whom ask Him, They've became accustom to placing inmate's "pretial Detainee's" and Sentenced, In Segregation without Any Hearing or write ups or Protective Custody Because the Jail is Full according to Sargent Jerrett of classification they can just do that so be patient and that's just the way it is on 3/10/2026 around 1230pm when He came threw and talked to the entire unit of 3DC and We've sent dozen's of Request and Grievances to classifications and Sargent Jerrett said He's Aware as the Sheriff and Warden but it's just the way it's Handled and being there Overcrowded some of us get screwed By it, That's clearly not the inmate's fault and clearly violates Each Plaintiff's rights,

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

Between October 1st 2025 until an ongoing 3/18/2026

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

At some point & the other Each Plaintiff at the Hands of Each Defendant was exposed to long periods of No room to Exercise, Difficulty Breathing Due to Mold and Feces strung throughout 35L Unit to include the Shower →
Additional Page 1

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Each and Every Plaintiff Has experienced Different Levels of Injuries ranging from Upper Respitory Infections Due to Mold and numerouse Plaintiffs now Use rescue Inhalers and Been moved to Isolation on the 4th floor than moved Back. Many Have Been subject to Covid and Flu Like Symtoms and Left to Soffer, Even After medical Staff officers new and Turned A Blind eye.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

In this Class Action Lawsuite We Want the Court And or a Jury of our peers to Mand te change to the Sheriffs Office And the customs and policies that Already Violate our rights, We ask for $33,000,000 IN This Class Action Suit.

Page 5 of 11

Part D. "Statement of Claim" Additional Page 1:
the dayroom/phone area, the Entry and Walkway and Kiosk room and each individual cells, 3SC-1, 3SC-2, 3SC-3, 3SC-4, 3SC-5, 3SC-6, 3SC-7, 3SC-8, 3SC-9 and 3SC-10. Dozen's of Request via the Tel-mate Have been put in on this and Dozen's of Grievance's, All which Have for some reason or another never got answered By Sergeant Christopher Anderson, The Head of the Discipline/Grievance Department, Dozen's of Inner-Building Mail Have Been sent to the Sheriff Oscar Martinez Jr. The Sheriff's Office of Lake County Indiana and To Warden Manchaca over the "conditions of confinement", "the lack of exercise room in a 5'x 7' cell", "The amount of flies" in and throughout the 3SC unit and in each cell and vents, each and every Plaintiff Has suffered Some more than other's the Horrifft infections with upper Respitory, with Flu Like symtoms and covid Like symtoms and numerouse individuals Have grave Health conditions that are only inflamed By direct contact contact with moldy spores and E-coli "feces" that cake to the Walls, the Bars and the cieling and floors to each cell and the entire 3SC Unit, Each and Every one of the Plaintiffs Have collectively Suffered At the Hands of ALL 5 Defendants, who Have ALL known

Part. D "Statement of Claim" Additional Page's'

the other Way and Who Have orchestrated prolong suffering after Aware of the Horrific Conditions of Unit 35C and each cell 1-10, Each Defendant Has, an Dozen's of Times Recieved Request and All Have been the Subject of 6 Dozen's of Grievances, Because of Failed policies, practice's and customs the Plaintiff's Bring this "CLASS Action" Lawsuite Against the Defendants For Violation of Due Process and all other Stated problems mentioned thus Far.

The Lake County Sheriff's OFFice Have a Long History of Continued Violations concerning 35C Lock down and Segregation unit, We've exhausted every step of the grievance Process and Beyond, both the Sheriff Oscar Martinez Jr and warden Monchega Have recieved Dozen's of Complicts From the Plaintiffs, and so Have Sargent Christopher Anderson and Sargent Tarrett of Classifications who Both Have recieved Dozen's Request a piece too. On 3/10/2026 Sargeant Tarrett of Classifications came in to the unit And said to all of us back Here that they can Leave any inmate back Here for any reason they, the Defendent's Want to without Any right up's or Hearing and or put you on P.C. Because there over crowded and they've Always done that

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.     Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Lake County Jail 2293 N. Main St Crown Point IN 46307

B.     Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.     Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?   Yes all the claims

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

The Kiosk at the 35C & Lake County Jail

2.    What did you claim in your grievance?

That mold, Feces, and rust throughout is causing Horrific sickness, We have no room for exercise and get only supplie to clean once a week with same mop, never new one, the ventilation system, And being Held without a write-ups or Hearing and/or being Placed on Protective Custody, Because of over crowding,

3.    What was the result, if any?

9 out of 10 answered not grievable or can't grieve and some say Don't use the grievance in place of a medical slip, Anything to not Address the Issue,

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

Wrote the Sherriff, the Warden, each officer whose been back Here were made Aware Sargent Christopher Anderson made it clear the Answered Grievance is it period, And We've Appealed to Anderson, the warden And to the Sherriff and the Lake County Sherriff Office

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

_____

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

We've Contested the Warden Appealed Appealed →

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

[extra page] "<u>ADDitional information to the Exhaustion of Remedies</u>" to Sgt. Christopher Anderson, to the Sheriff Oscar Martinez Jr to Sargent Jewett of Classifications, sent Dozens of Request and Grievances Via medical, Never Has Any Relief come and Srgt. Anderson and the Warden Have Both on numerous occasions made it clear we are inmates and they can do what they want by Turning there Backs on us! All Defendant's Knowingly Have Turned A Blind eye on the 3SC Unit and we're Completely Exhausted our administrative Remedies Before Bringing this "<u>Class Action Lawsuit</u>" Against all 5 defendants

For deliberate Endifferance and violated Are rights.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? No Not As A Class Action

Page 9 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  3/10/2024

Signature of Plaintiff

Printed Name of Plaintiff

Prison Identification #

Prison Address

2293 N. Main St

Crown Point                        IN            46307

                               *City*                  *State*       *Zip Code*

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

                               *City*                  *State*       *Zip Code*

Telephone Number

E-mail Address