(Legal Mail)

INDIANAPOLIS IN 460

13 MAR 2026 PM 5 L

NAME
Sec
Lake County Jail
2293 N. Main St.
Crown Point, IN 46307

Joshua VanKirk #25N055537
Jerad Hargrave #23N018477
Lamont Wilkerson #0120037078
Edward Trzaska #9200645765
Terrell Hampton #25N029769
Matthew Midkiff #030N13659
Darian Caldwell #25N008861

3SC1-10
Lake County Jail
2293 N. Main St.
Crown Point, IN 46307

U.S. District Court
Northern District of Indiana
5400 Federal Plaza
STE. 2300
Hammond, IN
46320-226499